UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TU HOANG THAI,<br><br>　　　　　　　Defendant. | CASE NO. CR16-5217-BHS<br><br>ORDER |

This matter is before the Court on Defendant Tu Hoang Thai's motion for early termination of his supervision, Dkt. 73.

In 2016, this Court sentenced Thai to 84 months of custody and 5 years of supervision following his guilty plea to Conspiracy to Distribute Methamphetamine. Dkt. 54. His term of supervision began on May 24, 2022, and is set to expire on May 23, 2027.

Thai seeks early termination of his supervision. Dkt. 73. He asserts he has been sober for nine years and has achieved stability in his community and at work. *Id.*

The Government opposes the motion. Dkt.75. It credits Thai's "drug-free lifestyle and steady employment," but argues his criminal history warrants continued supervision. *Id.* at 2.

ORDER - 1

1     Probation similarly opposes the request. Dkt. 74. It praises Thai for being a "model supervisee" with no violations, but does not endorse early termination because of his prior criminal convictions. *Id.* at 2.

    The Court commends Thai for his sobriety and stability. Thai has completed three of five years of supervision with exceptional rehabilitation and successful abstinence from substance use. His employer's excellent recommendation and characterization of Thai as "exceptionally dependable, always showing up on time, ready to work, and willing to go the extra mile when the situation demands" is consistent with Thai's complete compliance with all conditions of his supervised release. Compliance with the conditions of supervised release for an extended period demonstrates rehabilitation and the possibility of early termination provides incentive to defendants to do well on supervision.

    Thai's request for early termination of his supervision is **GRANTED**.

**IT IS SO ORDERED.**

Dated this 18th day of August, 2025.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2